**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1444**

ANGELA GOODWATER,

Plaintiff - Appellant,

versus

MICHAEL J. ASTRUE, Commissioner of Social
Security,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief
District Judge.  (0:05-cv-03480-JFA)

Submitted:  January 15, 2008        Decided:  February 4, 2008

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Beatrice E. Whitten, Mount Pleasant, South Carolina, for Appellant.
Reginald I. Lloyd, United States Attorney, Robert F. Daley, Jr.,
Assistant United States Attorney, Columbia, South Carolina; Carolyn
Cooper, Special Assistant United States Attorney, Denver, Colorado,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Goodwater appeals the district court's order accepting the magistrate judge's recommendation to affirm the Commissioner's termination of disability insurance benefits and supplemental security income. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the parties' briefs, administrative record, and the materials submitted in the joint appendix, and find no reversible error. Accordingly, we affirm. See Goodwater v. Astrue, No. 0:05-cv-03480-JFA (D.S.C. Mar. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED